LORIN INGERSOLL *v.* ROBERT GILLIES and another.

Where a defendant, in the Marine Court, moved to dismiss the process, on the ground that he was improperly sued by a short summons, objecting, also, to the form of the summons, the manner in which security was taken upon commencing the action, and the sufficiency of the constable's return; at the same time pleading to the merits and demanding a jury; *held*, that the objections were waived by the plea to the merits, and that the decision of the justice upon the objections could not be reviewed on appeal.

APPEAL by the defendants from a judgment rendered by the Marine Court, on the verdict of a jury. The facts relating to the point decided appear in the opinion.

*Alanson Nash*, for the appellant.

*Abraham D. Russell*, for the respondents.

BY THE COURT. DALY, J.—All the objections made to the manner in which the defendants were brought into court, the nature of the summons, the form of it, the manner of taking the security and the return of the constable, were waived. by the defendants pleading to the merits. This we have repeatedly held. The defendants answered before the court passed upon the objections. The objections and the answer were interposed at the same time, when the court adjourned until the following

day. · · On the following day the justice decided against the defendants upon the objections, and, under the plea that had been put in, coupled with a demand for a jury, the cause was tried before a jury, and a verdict rendered for the plaintiff, the defendants making no defence. This was conclusive upon the defendants.

Judgment affirmed.